SALTER, administratrix, etc., v. UTICA AND BLACK RIVER RAILROAD COMPANY, appellant.

APPEAL from an order denying motion for a new trial after a verdict at the circuit in favor of plaintiff. The action was brought by Elizabeth S. Salter as administratrix, etc., of Frederick Salter, deceased, to recover for the death of her husband, the intestate, from defendant's negligence.

*James F. Starbuck,* for appellant.

*Fulton & Kibby* and *F. W. Hubbard,* for respondent.

E. DARWIN SMITH, J.

The opinion holds that the verdict of the jury should not be disturbed upon the facts.

                                       *Order affirmed.*